Name: Frances A Duarte
Street Address: 4727 E. Lamona Av
City and County: Fresno
State and Zip Code: CA 93703
Telephone Number: (559) 477-2523

**FILED**

APR 03 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Frances - Christine -
Anthony - Joseph
Christopher - Jeffrey

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

VA Hospital

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 1:23 CV 00493 JLT-SKO

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
             *(check one)*

I. The Parties to This Complaint

  A. The Plaintiff(s)

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Frances A Duarte
  Street Address: 4729 E. Lamona Av
  City and County: Fresno,
  State and Zip Code: CA 93703
  Telephone Number: (559) 477-2523

  B. The Defendant(s)

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

  Defendant No. 1
  Name / Job or Title (if known): VA Hospital
  Street Address: 2615 E. Clinton Ave
  City and County: Fresno
  State and Zip Code: Calf 93703
  Telephone Number: (559) 225-6100

  Defendant No. 2
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:

2

Defendant No. 3

    Name                   _____

    Job or Title
    (if known)         _____

    Street Address     _____

    City and County    _____

    State and Zip Code _____

    Telephone Number _____

Defendant No. 4

    Name                   _____

    Job or Title
    (if known)         _____

    Street Address     _____

    City and County    _____

    State and Zip Code _____

    Telephone Number _____

## II. Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

    ☑ Federal question                 ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

       The plaintiff, (name) FRANCES A DUARTE, is a citizen of the State of (name) CALIF.

    b. If the plaintiff is a corporation

       The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

       The defendant, (name) _____, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

795,000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

VA Killed my Husband and all of the Higher up people agreed that my Husband was not taking care of properly and they all got recamanded and one DR had Her Lic taken away so I do not know why my claim was Denyed so am suing for malpractice - wrongful Death I want Justic for my Husband

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Someone inserted a rectal tube, a punctured something and made him bleed out. He also had large sores from not being turned. He was getting better. Me and my children need to be paid for pain and suffering and justice for my husband.

V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/30, 2023

Signature of Plaintiff     Frances A Duarte
Printed Name of Plaintiff  Frances G Duarte