# UNITED STATES DISTRICT COURT
# ESTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES G. DUARTE,<br><br>        Plaintiff,<br><br>    v.<br><br>VA HOSPITAL,<br><br>        Defendant. | Case No. 1:23-cv-00493-JLT-SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT THE ACTION BE DISMISSED<br><br>(Doc. 14) |

Frances G. Duarte is proceeding pro se and *in forma pauperis*, in this action. The assigned magistrate judge screened Plaintiff's second amended complaint (Doc. 11) and issued Findings and Recommendations, recommending that this case be dismissed without leave to amend. (Doc. 14.) The Court served the Findings and Recommendations on Plaintiff and notified her that any objections were due within 21 days. (*Id*. at 9.) The Court also advised Plaintiff that "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id*., *citing Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) (*Id.*) No objections were filed and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court Concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The April 3, 2024 Findings and Recommendations (Doc. 14) are **ADOPTED IN FULL**.
2. All claims and defendants are **DISMISSED** without leave to amend.

1

3. The Clerk of Court is directed to **CLOSE THIS CASE**.

IT IS SO ORDERED.

Dated:   **May 28, 2024**                                      _____
                                                                                             UNITED STATES DISTRICT JUDGE