## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**FRANCES G. DUARTE,**

CASE NO: **1:23–CV–00493–JLT–SKO**

v.

**VA HOSPITAL,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 5/28/2024**

**Keith Holland**
Clerk of Court

ENTERED: **May 28, 2024**

by: /s/ O. Rivera
Deputy Clerk